741 A.2d 79

IN THE MATTER OF TAYEB HYDERALLY, A/K/A
TY HYDERALLY, AN ATTORNEY AT LAW.

December 9, 1999.

## ORDER

The Disciplinary Review Board on June 14, 1999, having filed with the Court it decision concluding pursuant to *Rule* 1:20–14(a)(4)(E) that by way of reciprocal discipline **TAYEB HYDER-ALLY, a/k/a TY HYDERALLY,** of **PENSACOLA, FLORIDA,** who was admitted to the bar of this State in 1994, should be reprimanded for violating *RPC* 8.4 (conduct prejudicial to the administration of justice), and good cause appearing;

It is ORDERED that **TAYEB HYDERALLY, a/k/a TY HY-DERALLY,** is hereby reprimanded; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.